# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA 14 | 9678130 | Petty, D | P2156 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/08/2022 5:26 PM ~~1726~~
Offense Charged: ☒ USC
18 USC Section 1832 Title 18

Place of Offense: Edwards AFB CA 93524 ~~1391 Frost St~~ West Rosamond Blvd

Offense Description; Factual Basis for Charge: IVO 18 USC Section 1832 Title 18 Forbids tresspassing on a military base

### DEFENDANT INFORMATION

Last Name: Hardwick-Moses  First: Shelina  MI: L

Tag No: 8YTN448  State: CA  Make/Model: Hyundai Tucson  Color: Blue

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

### YOUR COURT DATE

Court Address: US Court House 510 19th ST Bakersfield CA 93301

Date: ___  Time: ___

X Defendant Signature: Refused to Sign

Original - CVB Copy

*9678130*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **8 Feb**, 20**22** while exercising my duties as a law enforcement officer in the **Eastern** District of **California**

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/08/2022  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: ___  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/07/2022 15:28